NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE FIRST QUALITY BABY PRODUCTS, LLC., FIRST QUALITY RETAIL SERVICES, LLC, AND FIRST QUALITY CONSUMER PRODUCTS, LLC,**
*Petitioners.*

---

Miscellaneous Docket No. 102

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Wisconsin in consolidated case nos. 09-CV-916 and 10-CV-1118, and 10-CV-0426, Judge William C. Griesbach.

---

## ON PETITION

---

## ORDER

First Quality Baby Products, LLC et al. move without opposition to withdraw their petition for a writ of mandamus.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

FOR THE COURT

NOV 2 3 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Kenneth P. George, Esq.
Constantine L. Trela, Jr., Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 2 3 2011

JAN HORBALY
CLERK